+UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER LOCAL 669 UA EDUCATION FUND, TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY PENSION FUND, AND TRUSTEES OF THE SPRINKLER INDUSTRY SUPPLEMENTAL DEFINED CONTRIBUTION PENSION FUND<br><br>Plaintiffs.<br><br>v.<br><br>OCEAN FIRE PROTECTION, INC., JOHN MENTER AND CHRISTINE MENTER<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. NO.: WMN-90-1769<br>)<br>)<br>)<br>)<br>) |

## SATISFACTION OF JUDGEMENT

On July 2, 1998, the Trustees of National Asbestos Workers Medical Fund, Plaintiffs, recovered a Judgment against Ocean Fire Protection, Inc., John Menter and Christine Menter, in Civil Action No. WMN-90-01769 in the United States District Court for the District of Maryland in the total sum of $42,105.67, plus costs of $277.00, interest in the amount of $6,532.51 assessed at the rate of 12% per annum and continuing to accrue through the date of payment and attorneys' fees in the amount of $1,465.00. Subsequently, the Defendants filed for bankruptcy protection and their debts were discharged by the bankruptcy proceedings.

**THEREFORE,** in consideration of the premises and the discharge of debts as evidenced herein, Plaintiff, as the legal owner and holder of the Judgment, acting herein by and through Charles W. Gilligan, the duly authorized attorney of record, hereby releases and discharges to the Defendants, Ocean Fire Protection, Inc., John Menter and Christine Menter, their heirs, successors and assigns all the right, title and interest in and to the Judgment which Plaintiff has or may have therein, and hereby declares the Judgment satisfied, and the Judgment lien fully released and discharged.

Executed this 20th day of June, 2007.

                        Respectfully submitted,

                        **O'DONOGHUE & O'DONOGHUE LLP**
                        4748 Wisconsin Avenue, N.W.
                        Washington, D.C.  20016
                        (202) 362-0041

By              */s/ Charles W. Gilligan*
                        Charles W. Gilligan
                        Maryland Bar No. 05682

                        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Satisfaction of Judgment was served this 20th day of June, 2007 by first class mail, postage prepaid on:

Robert P. Wood
35 Beaverson Blvd, Building 5A
Post Office Box 575
Brick, New Jersey  08723

*Charles W. Gilligan*
Charles W. Gilligan